JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-0421 JLR |
| | ) | |
| Plaintiff, | ) | ~~(Proposed)~~ ORDER GRANTING |
| | ) | STIPULATED MOTION TO CONTINUE |
| v. | ) | TRIAL DATE AND PRETRIAL |
| | ) | MOTIONS DEADLINE |
| KANDI R. ROBERTS, and | ) | |
| ERNEST M. ROBERTS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THE COURT, having considered the stipulated motion of the parties for a continuance of the trial date and the pretrial motions deadlines, finds that the ends of justice will be served by ordering a continuance in this case; and that a continuance is necessary to ensure adequate time for effective case preparation; and that these factors outweigh the best interests of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

The Court further finds that the period of time from the current trial date of January 23, 2007 until the new trial date of March 20, 2007, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

//

//

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
(*United States v. Roberts, et al.*; CR06-421 JLR)     -1-

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date in this matter is continued until March 20, 2007 and that pretrial motions shall be filed no later than February 28, 2007.

DONE this <u>20th</u> day of December, 2006.

JAMES L. ROBART
United States District Judge

Presented by:

s/ Peter J. Avenia
Assistant Federal Public Defender
WSBA No. 20794
Attorney for Ernest Roberts
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Peter_Avenia@fd.org

s/ Kenneth Kanev
Attorney for Kandi Roberts
*By telephonic or email authorization*

s/ Kathryn Warma
Assistant United States Attorney
*By telephonic or email authorization*

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
(*United States v. Roberts, et al.*; CR06-421 JLR)   -2-

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100